UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HILL,

          Plaintiff,

    v.

EL DORADO COUNTY, et al.,

          Defendants.

No.  2:25-cv-0751 SCR P

ORDER

      Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 on March 5, 2025.  (ECF No. 1.)  Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee of $350.00 plus the $55.00 administrative fee.[1] See 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the required fees totaling $405.00.

      Plaintiff is cautioned that the in forma pauperis application form includes a section that must be completed by a jail official, and the form must be accompanied by a certified copy of plaintiff's jail trust account statement for the six-month period immediately preceding the filing of this action.

---

[1]  If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.  Litigants proceeding in forma pauperis are not required to pay the $55.00 administrative fee.

1

1      In accordance with the above, IT IS HEREBY ORDERED that:

2      1.  Plaintiff shall submit, within thirty days from the date of this order, an affidavit in

3  support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or

4  the required fees in the amount of $405.00; plaintiff's failure to comply with this order will result

5  in a recommendation that this action be dismissed; and

6      2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

7  Forma Pauperis By a Prisoner.

8  DATE: March 18, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE